IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO.: 05-586 |
| PAMELA SLAUGHTER | : | |

## NOTICE OF APPEAL

Notice is hereby given that Pamela Slaughter, Defendant above-named, hereby appeals to the United States Court of Appeals for the Third Circuit from the judgment of sentence entered on March 23, 2006.

Respectfully submitted,

_____
LEIGH M. SKIPPER
Supervisory Assistant Federal Defender

## **CERTIFICATE OF SERVICE**

    I, Leigh M. Skipper, Supervisory Assistant Federal Defender, Defender Association of Philadelphia, Federal Court Division, hereby certify that I have served a copy of the Notice of Appeal, by electronic notification and/or hand delivery upon Terri A. Marinari, Assistant United States Attorney, to her office located at 615 Chestnut Street, Suite 1250, Philadelphia, Pennsylvania  19106.

 

                                                      LEIGH M. SKIPPER
                                                      Supervisory Assistant Federal Defender

DATED: March 31, 2006